Harry Lipman, Esq.
Robert Freilich, Esq.
ROTTENBERG LIPMAN RICH, P.C.
Counsel for Defendants
369 Lexington Avenue, 16th Floor
New York, New York 10017
(212) 661-3080

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JASON LOWE,

                    Plaintiff,

- against -

JACKRABBIT SPORTS, INC.; JACK RABBIT, LLC,
DOES 1-10,

                    Defendants.

Case No.: 13-4283
(RJD) (JMA)

        IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties in the above-captioned action as follows:

        1.    The time in which defendants Jackrabbit Sports, Inc. and Jack Rabbit, LLC have to answer, move or otherwise appear in the above entitled action is hereby extended to and including October 30, 2013;

        2.    A facsimile or copy hereof shall have the same force and effect as an original and may be filed with the Court without further notice to either party.

Dated: New York, New York
            September 13, 2013

LAW OFFICES OF SHIMSHON WEXLER, P.C.

By: _____
    Shimshon Wexler, Esq.
216 West 104th Street #129
New York, New York 10025
T. (212) 760-2400
F. (917) 512-6132
Counsel for Plaintiff

ROTTENBERG LIPMAN RICH, P.C.

By: _____
    Harry W. Lipman, Esq.
    Robert A. Freilich, Esq.
369 Lexington Avenue, 16th Floor
New York, New York 10017
(212) 661-3080
(212) 867-1914
Counsel for Defendants